**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
May 17, 2012

Lyle W. Cayce
Clerk

No. 11–10495

In the Matter of:  STEPHEN ANTHONY WARREN,

Debtor

------------------------------

LIDA T. MOSIMAN,

Appellant

v.

STEPHEN ANTHONY WARREN,

Appellee

Appeal from the United States District Court
for the Northern District of Texas
4:10-CV-794

Before HIGGINBOTHAM, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Lida T. Mosiman appeals the district court's judgment affirming the bankruptcy court's dismissal of her adversary complaint, which alleged that

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11–10495

Stephen Warren, a Chapter 7 debtor, could not discharge a debt he owed her in his bankruptcy.  For the reasons stated by the bankruptcy court, we AFFIRM.